IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| JAMES A. BROWN, | ) | Civil Action No. 7:13-cv-00272 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LT. GOMER, et al., | ) | By: Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that Defendants' motion to dismiss is **GRANTED**; the Complaint is **DISMISSED** with prejudice; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered: October 31, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge